WASHOR & ASSOCIATES
LAWRENCE I. WASHOR
California Bar No. 75180
lwashor@washor.com
21800 Oxnard Street, Suite 790
Woodland Hills, California  91367
Telephone:   (310) 479-2660
Facsimile:    (310) 479-1022

JS-6

Attorneys for Plaintiff Air-Paq, Inc., a
Nevada Corporation.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR-PAQ, INC., a Nevada Corporation, | CASE NO. SACV 08-0934-AG(MLGx) |
| Plaintiff, | ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION |
| vs. | |
| KATSUTOSHI YOSHIFUSA, aka MARIO YOSHIFUSA, an individual, YASUZUMI TANAKA, an individual, TATESHI SHIMOWAKI, an individual, HIROSHI TAKAMATSU, an individual, YOSHIHIRO KOYANAGI, an individual, TAEKO YOSHIDA, an individual, and FUSAKO SAITOH, an individual, | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  Based upon their executed settlement agreements, this action is dismissed, with prejudice, as to defendants Katsutoshi Yoshifusa, aka Mario Yoshifusa, Yazumi Tanaka, Taeko Yoshida, and Fusako Saitoh;

2.  This action is dismissed, without prejudice, as to defendants Tateshi Shimowaki and Hiroshi Takamatsu;

3.  All sanctions awarded in this action are waived; and

WASHOR & ASSOCIATES
Counselors at Law

1       4.  The parties shall bear their own costs.

2

3

4

5   Dated: June 18, 2010                _____

6                           HONORABLE ANDREW J. GUILFORD

7                           JUDGE, UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WASHOR & ASSOCIATES
Counselors at Law

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION